MINA SCHWAKE, Appellant, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event,

upon the ground that the plaintiff established a *prima facie* case of negligence against the defendant and the court erroneously dismissed the complaint at the close of plaintiff's case. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.